UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN

MIKE A. MARINI;
    Plaintiff;


 -vs-

EQUIFAX INFORMATION
SERVICES, LLC;
    Defendant.

Case No. 4:25-CV-13906
Hon. Shalina D. Kumar
Magistrate Judge: Kimberly G.
Altman

## **STIPULATED ORDER FOR EXTENSION OF SCHEDULING ORDER**

This matter comes before the Court on the stipulation of the parties. The Court hereby amends the scheduling order in this case and the consolidated companion case, *Marini v Trans Union, LLC,* 4:25-cv-13706-SDK-KGA as follows[1]:

Exchange of Initial Disclosures under
Fed. R. Civ. P 26 (a)(1)........................................................................ completed

Deadline to Amend Pleadings: ................................................ JULY 15, 2026

Deadline for identification of all witnesses,
including experts: .......................................................... SEPTEMBER 1, 2026

Reports Pursuant to Fed. R. Civ. P. 26(a)(2)(B)
or Disclosures pursuant to Fed. R. Civ. P. 26 (a)(2)(C)
by **Plaintiff** experts are due: ...................................... SEPTEMBER 1, 2026

---

[1] The Court will also enter a separate order on the docket of the consolidated companion case reflecting these dates.

Reports Pursuant to Fed. R. Civ. P. 26(a)(2)(B)
or Disclosures pursuant to Fed. R. Civ. P. 26 (a)(2)(C)
by **Defendant** experts are due: ................................... NOVEMBER 1, 2026

Rebuttal reports are due: .............................................DECEMBER 1, 2026

Deadline for completing discovery: ............................ DECEMBER 18, 2026

Deadline to submit Joint Status Report
on remaining disputed issues (if any):  ....................... DECEMBER 18, 2026

Deadline for Dispositive Motions:  .................................JANUARY 22, 2027

Status Conference (to be held at the
midpoint of discovery):  ...................... SEPTEMBER 22, 2026 at 10:00 a.m.


SO ORDERED.

Date: June 26, 2026

<div style="margin-left:40%">

s/Shalina D. Kumar
Shalina D. Kumar
United States District Judge

</div>

**STIPULATED TO BY**

**FOR PLAINTIFF**
Respectfully Submitted,

By:  /s/ *Ian B. Lyngklip*
Ian B. Lyngklip P47173
**LYNGKLIP & ASSOCIATES,**
**CONSUMER LAW CENTER, PLC**
Attorney for Mike A. Marini
13751 W. 11 Mile Road
Oak Park, MI  48237
(248) 208-8864
Ian@ConsumerLawyers.com


**FOR DEFENDANT**
Respectfully Submitted,

/s/ Heather H. Sharp
Heather H. Sharp
**SEYFARTH SHAW LLP**
Attorney for Equifax Information
Services, LLC
1075 Peachtree Street
Suite 2500
Atlanta, GA  30309
(713) 238-1847
hsharp@seyfarth.com